**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KERRA SAINE,<br>Plaintiff,<br><br>v.<br><br>ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-03050-SHL-tmp |

**ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINE TO COMPLETE WRITTEN DISCOVERY TO NOVEMBER 2, 2026**

Before the Court is the Parties' Motion to Extend Deadline to Complete Written Discovery, filed October 19, 2026. (ECF No. 18.) The Parties seek to extend their October 19, 2026 deadline to have written discovery completed by fourteen days. (Id. at PageID 62.) The Parties assert that good cause exists because they have "participated in a thorough discovery process," including exchanging written discovery, finalizing Plaintiff's deposition, and engaging in discussions regarding the possible resolution of this matter. (Id.) However, because Defendant's discovery responses are outstanding, the Parties seek an extension to allow Defendant time to submit full responses, and allow Plaintiff sufficient time to review those responses for potential deficiencies. (Id. at PageID 63.)

Under the Federal Rules, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1)(A). Here, although the Parties could have filed their Motion to extend the deadline before the day of the deadline, they have diligently managed this case, maintained communication, and now seek a modest extension that will not impact the broader Scheduling Order. Therefore, the Motion is **GRANTED**. The

deadline to complete written discovery is November 2, 2026.

**IT IS SO ORDERED,** this 19th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE